IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TED PALLADENO, et al.,**

      **Plaintiffs,**

  v.                                  **Civil Action 2:16-cv-1126**
                                          **Judge Michael H. Watson**
                                          **Magistrate Judge Jolson**

**GARY C. MOHR, et al.,**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Second Motion to Seal. (Doc. 15). Specifically, Plaintiff seeks to file two Motions under seal: "(1) the Motion for Reconsideration of the Opinion and Order filed 4/20/17; and (2) the Motion to Add Plaintiffs to the Complaint." (*Id*. at 1). For the reasons set forth in this Court's previous Order granting Plaintiff's First Motion to Seal (Doc. 7) and based upon Plaintiff's representation that "[e]xposing the information contained in the two relevant pleadings to public record would subject [certain] individuals to a substantial risk of serious physical harm" (*id*. at 2), the Motion to Seal is **GRANTED**. (Doc. 15). Consequently, the Clerk is **DIRECTED** to file the Motion for Reconsideration and the Motion to Add Plaintiffs to the Complaint under seal.

    IT IS SO ORDERED.


Date:  May 23, 2017                                          /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE